STATE v. GABRIEL BATCHELOR.

Chapter 176, Acts of 1873–'74, enlarging the jurisdiction of Justices of
the Peace, does not embrace the offence of Forcible Trespass.
(*State* v. *McAden,* 71 N. C. Rep. 207, cited and approved.)

INDICTMENT, forcible trespass, tried at Fall Term, 1874, of
HALIFAX Superior Court, before his Honor *Judge Henry.*

When the case was called in the Court below, it was moved
for the defendant, to quash the indictment for want of jurisdic-
tion. His Honor allowed the motion, whereupon Solicitor
Harris appealed.

*Attorney General Hargrove,* for the State.
*Batchelor,* for the defendant.

BYNUM, J. This is an indictment against the defendant for
a forcible trespass, When the action came on for trial in the
Court below, the counsel for the defendant, moved the Court
to dismiss for the want of jurisdiction, and the motion was
allowed and the action dismissed ; from which judgment the
Solicitor for the State, appealed to this Court.

We are at a loss to discover upon what ground his Honor
proceeded, as none is assigned by him or suggested here. The
offence charged is one at common law, and the Superior Courts
of this State have always exercised the jurisdiction here claimed.
*State* v *McAden,* 71 N. C. 207. The late acts of the General
Assembly, increasing the jurisdiction of Justices of the Peace,
Acts 1873–'74, chap. 176, do not embrace this offence, even if
the conditions upon which that jurisdiction can be exercised,
are complied with. There is error.

This will be certified to the end that the Court below may
proceed according to law.

PER CURIAM.                                    Judgment reversed.